IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNY A. NECESSARY, | § | |
| TDCJ-CID NO.690032, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION H-04-2072 |
| | § | |
| DOUG DRETKE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Partial Dismissal signed on December 15, 2005, and the Opinion on Dismissal entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

SIGNED at Houston, Texas, on this 6th day of December, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE